JS-6

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM
A Law Corporation
38 Corporate Park
Irvine, California 92606
Telephone: (949) 720-9200
Facsimile: (949) 608-0129

Attorneys for Defendant, SUNTRUST MORTGAGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FLORENCE K. MWITI, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE INC, A VIRGINIA CORPORATION, JACKIE MILLER, AN INDIVIDUAL,<br><br>Defendants. | Case No. EDCV 08-00583-SGL(JCRx)<br><br>JUDGMENT OF DISMISSAL |

The above-captioned matter was set for hearing on Defendant SUNTRUST MORTGAGE, INC., A VIRGINIA CORPORATION'S motion to dismiss the First Amended Complaint of Plaintiff FLORENCE K. MWITI, AN INDIVIDUAL before the Honorable Stephen G. Larson, U.S. District Judge, on October 6, 2008, and the Court, having deeming the matter appropriate for decision without oral argument pursuant to Fed. R. Civ. P. 78 and Local Rule 7-15, issued a Minute Order on October 2, 2008 vacating the hearing, granting the motion, and ordering that the complaint be dismissed; wherefore:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** Plaintiff FLORENCE K. MWITI, AN INDIVIDUAL take nothing against Defendant SUNTRUST

///

///

MORTGAGE, INC., A VIRGINIA CORPORATION, that Plaintiff's First Amended Complaint be, and hereby is, dismissed, and that Defendant SUNTRUST MORTGAGE, INC., A VIRGINIA CORPORATION shall recover its costs according to proof.

DATED: April 06, 2009

_____

JUDGE OF THE DISTRICT COURT

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 38 CORPORATE PARK, IRVINE, CALIFORNIA.

On January 5, 2009, I served the foregoing document described as **JUDGMENT OF DISMISSAL** on the interested parties in this action:

  X   by placing **[ ]** the original **[X]** a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

David Akintimoye
13800 Heacock Avenue #D113
Moreno Valley, CA  92553

____ **BY OVERNIGHT MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice it would be deposited in the overnight box for **[ ] UPS [ ] FEDERAL EXPRESS [] OVERNITE EXPRESS** on that same day with postage thereon fully prepaid at **Irvine, California** in the ordinary course of business.

XXX  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at **Irvine, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  XXX  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 5, 2009 at Irvine, California.

                    **/s/**_____
                    DANIEL K. FUJIMOTO

Judgment of Dismissal - EDCV 08-00583-SGL(JCRx)